IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                                                                             CASE NO. 10-10410GVL1

JOLICOEUR, JERRY SCOTT
JOLICOEUR, DEADRE ANN                                              CHAPTER 7

        Debtor(s)
_____/

## NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATED IN ACCORDANCE WITH 11 U.S.C. §347

    Chapter 7 Trustee, Theresa M. Bender ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, U.S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant | Dividend |
|---|---|---|
| 6 | Fifth Third Bank, a Michigan Corporation, successo<br>10500 Barkley Street, Suite 102<br>Overland Park, KS 66212 | $28,634.99 |

                                      /s/ Theresa M. Bender
                                      THERESA M. BENDER
                                      CHAPTER 7 TRUSTEE
                                      Theresa M. Bender, P.A.
                                      Post Office Box 14557
                                      Tallahassee, FL  32317
                                      PH:  (850) 205-7777
                                      FL. Bar # 0749486
                                      Tmbenderch7@yahoo.com

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATEDIN ACCORDANCE WITH 11 U.S.C. §347 has been served Electronically, or by U.S. Mail within two business days upon the following:

Office of the U.S. Trustee
110 E. Park Ave.
Suite 110
Tallahassee, FL. 32301

Fifth Third Bank, a Michigan Corporation, successo
10500 Barkley Street, Suite 102
Overland Park, KS 66212

Dated: 5/23/2013                                          /s/ Theresa M. Bender