UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILE DIVISION

IN RE:

JERRY SCOTT JOLICOEUR and            CASE NO. 10-10410-KKS
DEADRE ANN JOLICOEUR,
                                     CHAPTER 7
          Debtor(s).
_____/

# UNITED STATES TRUSTEE'S
# MOTION TO REOPEN CASE

COMES NOW GUY G. GEBHARDT, Acting United States Trustee for Region 21, pursuant to 11 U.S.C. §350(b) and Federal Rule of Bankruptcy Procedure 5010 and files this his Motion to Reopen Case. In support thereof, the United States Trustee states:

1. On July 9, 2013 the Court closed this case and the trustee was discharged (docket no. 74).

2. Subsequent to the closing of this case the United States Trustee was advised by the former trustee that the Debtors had received monies from national mortgage settlements. The case needs to be reopened to allow the appointment of a trustee so that this matter may be addressed.

3. Because the Bankruptcy Code does not require notice and a hearing to reopen a case, the United States Trustee requests this motion be granted without a hearing. This will permit a chapter 7 trustee to investigate and administer the matters stated above and disburse the proceeds to administrative claimants and creditors.

4. The estate currently has no funds available to pay the fee for reopening the case. Therefore, the United States Trustee also requests that payment of the reopening fee be deferred until such time as the above referenced asset can be administered by a chapter 7 trustee.

WHEREFORE, the United States Trustee requests that the Court, without the necessity of a hearing, enter an Order reopening the case, deferring payment of the reopening fee, and directing the United States Trustee to appoint a trustee.

Respectfully submitted, this the 2nd day of April, 2014.

>Guy G. Gebhardt
>Acting United States Trustee
>Region 21

>/s/ CHARLES F. EDWARDS
>Charles F. Edwards
>Assistant United States Trustee
>110 East Park Avenue, Suite 128
>Tallahassee, FL 32301
>850-942-1660
>FAX: 850-942-1669
>Florida Bar No. 270032
>charles.edwards@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing United States Trustee's Motion to Reopen Case, and all exhibits or attachments thereto, if any, will be furnished by United States Mail first class postage prepaid to: Jerry Scott Jolicoeur, 1700 NW 65th St., Bell, FL 32619; Deadre Ann Jolicoeur, 1700 NW 65th St., Bell, FL 32619; Lisa Caryl Cohen, Esq., Ruff & Cohen, P.A., 4010 Newberry Road, Ste. G, Gainesville, FL 32607; and, Theresa M. Bender, Esq., P.O. Box 14557, Tallahassee, FL 32317, on the 3rd day of April, 2014.

>/s/ CHARLES F. EDWARDS
>Charles F. Edwards